

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2025

No. 04-25-00099-CV

Dalila **AGIZA**,
Appellant

v.

Edward **FRANKLIN**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-10623
Honorable Elizabeth Martinez, Judge Presiding

**ORDER**

Sitting:      Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice
              Adrian A. Spears II, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. All pending motions, including appellant's challenge to the trial court's ruling on her ability to afford courts costs, are DENIED AS MOOT.

It is so **ORDERED** on July 23, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2025.

_____
Caitlin A. McCamish, Clerk of Court